*#104*  *#129532*

FILED
2011 MAY 27 PM 2:3[?]
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  ) Case Number: 10-35716

Christopher S. and Sabrina C. Webb,  ) Chapter 7

    Debtors.  ) JUDGE MARY ANN WHIPPLE

## REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Northern Ohio Medical Specialists | P.O. Box 358<br>Sandusky, OH 44871 | $3.10 |

Check number 104 in the amount of $3.10 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

May 24, 2011

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129